IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02058-RPM

LEDELL McGOWAN and
RON LEE,

        Plaintiffs,

v.

PUBLIC SERVICE EMPLOYEES CREDIT UNION
d/b/a PUBLIC SERVICE CREDIT UNION,

        Defendant,

_____

ORDER DENYING MOTION TO DISMISS
_____

        Upon consideration of the allegations of the complaint and the plaintiffs' response, filed December 5, 2005, to the defendant's motion to dismiss, filed November 10, 2005, the Court concludes that the plaintiffs have arguably stated a claim for relief under the Electronic Funds Transfer Act. Additionally, while not pleaded as a diversity case under 28 U.S.C. § 1332, the complaint alleges that the plaintiffs are "residents" of Atlanta, Georgia, and assuming that residency is equated with citizenship, there is complete diversity in this case. It is therefore

        ORDERED that the motion to dismiss is denied.

        DATED: December 16, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge