IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02058-RPM

LEDELL McGOWAN and
RON LEE,
              Plaintiffs,
v.

PUBLIC SERVICE EMPLOYEES CREDIT UNION
d/b/a PUBLIC SERVICE CREDIT UNION,

              Defendant.

_____

ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

      The Court having considered the Consent to the Exercise of Jurisdiction by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D.C.COLO.LCivR 72.2, filed on February 23, 2006, it is

      ORDERED that this action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c) and it is

      FURTHER ORDERED that this action will be assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Michael J. Watanabe and it is

      FURTHER ORDERED that upon reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

      DATED: February 24th, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge