IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02058-BNB-MJW

LEDELL MCGOWAN, and
RON LEE,

Plaintiffs,

v.

PUBLIC SERVICE EMPLOYEES CREDIT UNION d/b/a PUBLIC SERVICE CREDIT UNION,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1) **Plaintiffs' Motion to Dismiss Defendant's Untimely Counterclaim and Affirmative Defenses** [Doc. # 13, filed 2/20/06] (the "Motion to Dismiss"); and

(2) Defendant's **Motion for Order to Compel Discovery or Sanctions and for an Award of Attorney's Fees** [Doc. # 26, filed 4/14/06] (the "Motion to Compel").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Dismiss is DENIED.

IT IS FURTHER ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require the plaintiffs to provide all documents responsive to Defendant's Request for Production No. 4. The responsive documents shall be provided on or before **May 10, 2006**; and

DENIED in all other respects.

DATED April 25, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge