IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02058-BNB-MJW

LEDELL MCGOWAN, and
RON LEE,

Plaintiffs,

v.

PUBLIC SERVICE EMPLOYEES CREDIT UNION d/b/a PUBLIC SERVICE CREDIT UNION,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Stipulation for Dismissal With Prejudice** [Doc. # 43, filed September 5, 2006]. The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED September 6, 2006.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge